IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

UNITED STATES,

        Plaintiff,

  v.

RAY CHRISTIE,

        Defendant.

No. CV 11-0264 NJV

**ORDER OF DISMISSAL**

(Docket No. 20)

The United States brought this civil action to recover forfeitures for Defendant Ray Christie's failure to file timely annual reports required by the regulations promulgated to enforce the Packers and Stockyards Act (7 U.S.C. § 222, *et seq*.). *See* 9 C.F.R. § 201.97; 15 U.S.C. § 50. The United States moved for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. Doc. No. 11. Christie, who is proceeding pro se, opposed the motion. Doc. No. 13. The Court heard argument on the motion on April 12, 2011, and at this hearing, encouraged the parties to engage in settlement discussions. On April 20, 2011, the parties informed the Court that they had reached a settlement and on May 2, 2011, the parties filed a joint stipulation to dismiss the action. Doc. Nos. 19 & 20. The Court commends the parties on reaching a resolution in this action. The action is dismissed with prejudice.[1]

**IT IS SO ORDERED.**

Dated: May 3, 2011

                                 NANDOR J. VADAS
                                 United States Magistrate Judge

---

[1] This order terminates Docket No. 11 as moot.